LAWRENCE J. WARFIELD
Chapter 7 Panel Trustee
P.O. BOX 14647
SCOTTSDALE, AZ 85267

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| LLOYD, MARK EUGENE<br>LLOYD, NANCY LOUISE | Case No. 2:13-bk-21588 DPC |
| Debtor(s) | **NOTICE TO CREDITORS AND INTERESTED PARTIES OF TRUSTEE'S PRIVATE SALE OF ASSETS OF THE ESTATE PURSUANT TO FRBP 6004** |

NOTICE IS HEREBY GIVEN that property belonging to the estate of the above-named Debtor will be sold as follows:

Property to be sold:    **Estate's Interests in: Misc Costume jewelry - $100.00;
1 Metal detector - $50.00; 1995 Homemade trailer - $150.00; 1981 Johnson Seahorse – $50.00;
2004 Alumacraft Jon Boat - $400.00; 1998 Mini Kota trolling motor - $70.00**

To:            **MARK EUGENE LLOYD
              NANCY LOUISE LLOYD**

Address:       **P.O. BOX 3032
              OVERGAARD, AZ 85933**

Purchase price:    **$820.00 to Trustee**
**Value based on declared scheduled value, photos provided by debtors & net benefit analysis**

Assets are sold "as is", "where is", without warranties and subject to any adverse liens, claims or interests, if any. There is not an appraisal of the property.

Any person opposing the sale shall file a written objection on or before 21 days from the date of mailing of this Notice with the Clerk of the U.S. Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona 85003, and mailed to the trustee LAWRENCE J. WARFIELD at the following address: P.O. BOX 14647, SCOTTSDALE AZ 85267.

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale, bids will still be taken and the normal sales procedure followed. The closing of the sale remains dependent upon the outcome of the Court hearing on the objection.

March 26, 2014                    /s/ *Lawrence J. Warfield*
Date                              LAWRENCE J. WARFIELD, Trustee